|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | UNITED STATES DISTRICT COURT | |
| 8 | WESTERN DISTRICT OF WASHINGTON | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZANNE and JAMES EYRING, husband and wife,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>INTERLOCK INDUSTRIES, INC., a Washington Corporation, AMERICAN FAMILY INSURANCE CO., a Wisconsin Corporation,<br><br>　　　　　　　Defendants. | No. 2:19−cv−01104−DWC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS**<br><br>*(Clerk's Action Required)* |

## I. STIPULATION

Plaintiffs SUZANNE and JAMES EYRING and Defendants INTERLOCK INDUSTRIES, INC., and AMERICAN FAMILY INSURANCE CO., by and through their respective counsel of record, and pursuant to FRCP 41, stipulate that all of the claims asserted in this action have been fully settled, resolved, or compromised and that an Order may be entered dismissing the action with prejudice and without an award of costs or attorney's fees to any party.

///

No. 2:19−cv−01104−DWC
**STIPULATION AND ORDER OF DISMISSAL - 1**

COLE | WATHEN | LEID | HALL, P.C.
1505 Westlake Ave. N., Ste. 700
Seattle, Washington 98109
(206) 622-0494/Fax (206) 587-2476

DATED this 25th day of September, 2019.

**COLE | WATHEN | LEID | HALL, P.C.**

*s/ Rory W. Leid, III*
Rory W. Leid, WSBA #25075

*s/ Christopher J. Roslaniec*
Christopher J. Roslaniec, WSBA #40568
*Attorneys for Defendant American Family*
1505 Westlake Ave N, Ste 700
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | croslaniec@cwlhlaw.com

**CLOUTIER ARNOLD ORTEGA, PLLC**

*s/ Reuben Ortega (per email authorization)*
Reuben Ortega, WSBA #42470
*Attorneys for Plaintiffs*
2701 First Avenue, Suite 200
Seattle, WA 98121
T : 206 866 3230
reuben@CAOteam.com

**MCCAFFERTY & STEINMARK PLLC**

*s/ Frank Steinmark (per email authorization)*
Frank Steinmark, WSBA #23056
*Attorney for Defendant Interlock Industries, Inc.*
12535 15th Ave NE, Ste 210
Seattle, WA 98125
206/728-0260
fjs@mccaffertysteinmark.com

No. 2:19−cv−01104−DWC
**STIPULATION AND ORDER OF DISMISSAL - 2**

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVE. N., STE. 700
SEATTLE, WASHINGTON 98109
(206) 622-0494/Fax (206) 587-2476

## II. ORDER

Based upon the above Stipulation of the parties, it is hereby ORDERED, that this action is dismissed with prejudice and without costs or attorney fees to any party.

DATED at this 1st day of October, 2019.

*signature*
Robert S. Lasnik
United States District Judge

*Presented by:*

**COLE | WATHEN | LEID | HALL, P.C.**

*s/ Rory W. Leid, III*
Rory W. Leid, WSBA #25075

*s/ Christopher J. Roslaniec*
Christopher J. Roslaniec, WSBA #40568
*Attorneys for Defendant American Family*
303 Battery Street
Seattle, WA 98121-1419
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | croslaniec@cwlhlaw.com

*Approved:*

**CLOUTIER ARNOLD ORTEGA, PLLC**

*s/ Reuben Ortega (per email authorization)*
Reuben Ortega, WSBA #42470
*Attorneys for Plaintiffs*
2701 First Avenue, Suite 200
Seattle, WA 98121
T : 206 866 3230
reuben@CAOteam.com

No. 2:19−cv−01104−DWC
**STIPULATION AND ORDER OF DISMISSAL - 3**

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVE. N., STE. 700
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

1  **MCCAFFERTY & STEINMARK PLLC**

2  *s/ Frank Steinmark (per email authorization)*
Frank Steinmark, WSBA #23056

3  *Attorney for Defendant Interlock Industries, Inc.*
12535 15th Ave NE, Ste 210

4  Seattle, WA 98125
206/728-0260

5  fjs@mccaffertysteinmark.com

No. 2:19−cv−01104−DWC
**STIPULATION AND ORDER OF DISMISSAL - 4**

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVE. N., STE. 700
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476